**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 105 WM 2017 |
| | : |
| Respondent | : |
| | : |
| v. | : |
| | : |
| GREGG TCHIRKOW, | : |
| | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2018, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.